UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JACOB BULLER and CODY OLSON, on behalf of themselves and all others similarly situated, | Court File No. 20-CV-01368 (ECT/TNL) |
| Plaintiffs, | **ORDER** |
| v. | |
| BERNIE 2020 INC., | |
| Defendant. | |

Upon consideration of the Stipulation Extending the Deadline for Defendant Bernie 2020, Inc. to Answer or Otherwise Respond to Plaintiffs' Complaint, it is hereby ORDERED that the Stipulation (ECF No. 15) is **GRANTED**. Defendant Bernie 2020 Inc.'s answer or other response to Plaintiff's Complaint will be due on or before November 2, 2020.

Dated: October 19, 2020    *s/Tony N. Leung*_____
Tony N. Leung
United States Magistrate Judge