UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JACOB BULLER and CODY OLSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BERNIE 2020 INC.,<br><br>Defendant. | Court File No. 20-CV-01368 (ECT/TNL)<br><br>**ORDER** |

Upon consideration of the Stipulation Extending the Deadline for Defendant Bernie 2020, Inc. to Answer or Otherwise Respond to Plaintiffs' Complaint, it is hereby ORDERED that the Stipulation (ECF No. 18) is **GRANTED**. Defendant Bernie 2020 Inc.'s answer or other response to Plaintiff's Complaint will be due on or before November 30, 2020.

Dated:  November 3, 2020            *s/Tony N. Leung*_____
                                   Tony N. Leung
                                   United States Magistrate Judge